IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 03-0406-CG |
| ) | |
| One 1987 BUICK GRAND ) | |
| NATIONAL, AND TRAILER, ET ) | |
| AL., ) | |

## AMENDMENT TO FINAL JUDGMENT OF FORFEITURE

This matter is before the Court on the Plaintiff's Motion for an Amendment to the Final Judgment of Forfeiture to include final forfeiture of the trailer used to transport previously forfeited 1987 Buick Grand National.

The Court finds that the motion is due to be and is hereby **GRANTED**. The Final Judgment of Forfeiture (Doc. 43) is hereby amended to reflect that the inadvertently omitted defendant trailer used to transport the defendant 1987 Buick Grand National, more particularly described in the complaint (Doc. 1 at 5) as a black, double-axel, four-wheeled, open area vehicle trailer with a hauling area of approximately 16 feet by seven feet, with Atwood Mobile Products, Rockford, Illinois and bearing the numbers 45-00 on its tongue, is forfeited to the United States for disposition according to law.

In all other respects, the Final Judgment of Forfeiture remains unchanged.

**DONE** and **ORDERED** this 5th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE